# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN B.,<br>*Plaintiff*<br>v.<br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:19-CV-05126-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 22, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 15, is DENIED.
Judgment is entered in favor of the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on cross-motions for summary judgment.

Date: August 5, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*
Angela Noel